# EXHIBIT A

## Exhibit A: Examples of the Defendants' False Claims

| Delivery Date (yyyymmdd) | Actual Weight (lbs) | Billed Weight (lbs) | Weight Variance (lbs) | Weight Variance (%) | DOD Customer |
|---|---|---|---|---|---|
| 20100722 | 140 | 6,000 | -5,860 | -98% | U.S. Army |
| 20100802 | 326 | 7,236 | -6,910 | -95% | U.S. Navy |
| 20101013 | 1,410 | 2,973 | -1,563 | -53% | U.S. Air Force |
| 20101028 | 620 | 2,210 | -1,590 | -72% | U.S. Air Force |
| 20101102 | 5,800 | 22,390 | -16,590 | -74% | Defense Logistics Agency |
| 20101112 | 1,035 | 2,100 | -1,065 | -51% | U.S. Army |
| 20101115 | 4,710 | 11,707 | -6,997 | -60% | U.S. Army |
| 20101115 | 3,060 | 9,225 | -6,165 | -67% | U.S. Air Force |
| 20101115 | 4,395 | 8,400 | -4,005 | -48% | U.S. Navy |
| 20101115 | 3,055 | 6,849 | -3,794 | -55% | Defense Logistics Agency |
| 20101117 | 170 | 1,218 | -1,048 | -86% | U.S. Navy |
| 20101129 | 7,245 | 13,720 | -6,475 | -47% | U.S. Army |
| 20101203 | 2,780 | 15,600 | -12,820 | -82% | Defense Logistics Agency |
| 20101206 | 1,462 | 15,000 | -13,538 | -90% | U.S. Air Force |
| 20101208 | 3,105 | 6,399 | -3,294 | -51% | U.S. Army |
| 20101208 | 700 | 3,120 | -2,420 | -78% | U.S. Navy |
| 20101213 | 2,100 | 3,864 | -1,764 | -46% | U.S. Air Force |
| 20101216 | 1,180 | 2,710 | -1,530 | -56% | Defense Logistics Agency |
| 20101217 | 2,810 | 5,760 | -2,950 | -51% | U.S. Army |
| 20101221 | 2,540 | 6,000 | -3,460 | -58% | U.S. Navy |
| 20101222 | 495 | 4,750 | -4,255 | -90% | U.S. Navy |
| 20101227 | 445 | 5,795 | -5,350 | -92% | U.S. Air Force |
| 20101228 | 1,320 | 13,200 | -11,880 | -90% | Defense Logistics Agency |
| 20110103 | 4,810 | 9,331 | -4,521 | -48% | U.S. Army |
| 20110111 | 5,150 | 10,290 | -5,140 | -50% | U.S. Navy |
| 20110118 | 7,345 | 13,312 | -5,967 | -45% | U.S. Navy |
| 20110131 | 2,280 | 6,966 | -4,686 | -67% | U.S. Air Force |
| 20110201 | 100 | 1,110 | -1,010 | -91% | U.S. Air Force |
| 20110203 | 600 | 1,600 | -1,000 | -63% | U.S. Navy |
| 20110204 | 2,710 | 10,400 | -7,690 | -74% | U.S. Air Force |
| 20110215 | 2,395 | 23,951 | -21,556 | -90% | Defense Logistics Agency |
| 20110215 | 1,165 | 11,090 | -9,925 | -89% | U.S. Army |
| 20110215 | 146 | 2,800 | -2,654 | -95% | Defense Logistics Agency |
| 20110218 | 30 | 2,045 | -2,015 | -99% | U.S. Navy |
| 20110222 | 1,950 | 5,400 | -3,450 | -64% | U.S. Navy |
| 20110223 | 985 | 2,214 | -1,229 | -56% | U.S. Air Force |
| 20110224 | 2,380 | 4,983 | -2,603 | -52% | U.S. Air Force |
| 20110316 | 955 | 6,400 | -5,445 | -85% | U.S. Army |
| 20110321 | 2,260 | 5,148 | -2,888 | -56% | U.S. Army |

| Delivery Date (yyyymmdd) | Actual Weight (lbs) | Billed Weight (lbs) | Weight Variance (lbs) | Weight Variance (%) | Shipper or Recipient |
|---|---|---|---|---|---|
| 20110321 | 610 | 2,531 | -1,921 | -76% | U.S. Air Force |
| 20110321 | 685 | 2,150 | -1,465 | -68% | U.S. Air Force |
| 20110324 | 1,733 | 17,267 | -15,534 | -90% | Defense Logistics Agency |
| 20110324 | 1,895 | 4,800 | -2,905 | -61% | Defense Logistics Agency |
| 20110325 | 370 | 3,250 | -2,880 | -89% | U.S. Army |
| 20110408 | 570 | 4,970 | -4,400 | -89% | U.S. Army |
| 20110413 | 345 | 3,802 | -3,457 | -91% | U.S. Navy |
| 20110420 | 315 | 4,800 | -4,485 | -93% | Defense Logistics Agency |
| 20110420 | 2,590 | 5,850 | -3,260 | -56% | Defense Logistics Agency |
| 20110429 | 225 | 2,848 | -2,623 | -92% | Defense Logistics Agency |
| 20110502 | 2,290 | 9,420 | -7,130 | -76% | U.S. Army |
| 20110502 | 4,875 | 8,235 | -3,360 | -41% | U.S. Army |
| 20110504 | 890 | 4,354 | -3,464 | -80% | U.S. Air Force |
| 20110506 | 4,910 | 11,709 | -6,799 | -58% | Defense Logistics Agency |
| 20110516 | 890 | 4,900 | -4,010 | -82% | U.S. Army |
| 20110525 | 595 | 5,540 | -4,945 | -89% | U.S. Air Force |
| 20110526 | 4,530 | 8,700 | -4,170 | -48% | U.S. Air Force |
| 20110526 | 1,635 | 3,520 | -1,885 | -54% | U.S. Navy |
| 20110531 | 2,440 | 5,000 | -2,560 | -51% | U.S. Army |
| 20110601 | 2,270 | 4,050 | -1,780 | -44% | U.S. Army |
| 20110608 | 1,800 | 4,000 | -2,200 | -55% | U.S. Navy |
| 20110624 | 375 | 3,759 | -3,384 | -90% | U.S. Air Force |
| 20110627 | 1,630 | 6,450 | -4,820 | -75% | U.S. Army |
| 20110628 | 1,570 | 4,500 | -2,930 | -65% | U.S. Army |
| 20110629 | 240 | 3,060 | -2,820 | -92% | U.S. Army |
| 20110630 | 2,595 | 5,600 | -3,005 | -54% | U.S. Army |
| 20110705 | 2,115 | 4,573 | -2,458 | -54% | U.S. Army |
| 20110705 | 2,115 | 4,573 | -2,458 | -54% | U.S. Army |
| 20110706 | 325 | 1,281 | -956 | -75% | U.S. Air Force |
| 20110711 | 3,600 | 19,963 | -16,363 | -82% | U.S. Navy |
| 20110712 | 5,540 | 9,846 | -4,306 | -44% | U.S. Army |
| 20110712 | 5,045 | 8,480 | -3,435 | -41% | U.S. Army |
| 20110713 | 530 | 3,700 | -3,170 | -86% | U.S. Army |
| 20110714 | 755 | 5,550 | -4,795 | -86% | U.S. Army |
| 20110714 | 535 | 3,700 | -3,165 | -86% | U.S. Army |
| 20110715 | 1,605 | 6,121 | -4,516 | -74% | U.S. Army |
| 20110719 | 805 | 5,550 | -4,745 | -85% | U.S. Army |
| 20110724 | 445 | 3,600 | -3,155 | -88% | U.S. Army |
| 20110804 | 2,900 | 6,260 | -3,360 | -54% | U.S. Army |
| 20110816 | 150 | 1,700 | -1,550 | -91% | U.S. Navy |

| Delivery Date (yyyymmdd) | Actual Weight (lbs) | Billed Weight (lbs) | Weight Variance (lbs) | Weight Variance (%) | Shipper or Recipient |
|---|---|---|---|---|---|
| 20110824 | 370 | 3,700 | -3,330 | -90% | U.S. Army |
| 20110826 | 845 | 2,000 | -1,155 | -58% | U.S. Air Force |
| 20110901 | 670 | 6,445 | -5,775 | -90% | U.S. Army |
| 20110914 | 1,600 | 3,000 | -1,400 | -47% | U.S. Navy |
| 20110927 | 695 | 5,075 | -4,380 | -86% | U.S. Air Force |
| 20110930 | 660 | 12,760 | -12,100 | -95% | U.S. Air Force |
| 20111003 | 570 | 7,437 | -6,867 | -92% | U.S. Army |
| 20111003 | 805 | 4,400 | -3,595 | -82% | U.S. Army |
| 20111003 | 720 | 2,500 | -1,780 | -71% | U.S. Army |
| 20111006 | 520 | 2,168 | -1,648 | -76% | U.S. Army |
| 20111011 | 3,390 | 6,800 | -3,410 | -50% | U.S. Army |
| 20111011 | 455 | 2,000 | -1,545 | -77% | U.S. Air Force |
| 20111012 | 2,530 | 4,568 | -2,038 | -45% | U.S. Air Force |
| 20111013 | 280 | 1,516 | -1,236 | -82% | U.S. Air Force |
| 20111018 | 205 | 2,515 | -2,310 | -92% | U.S. Air Force |
| 20111025 | 185 | 4,400 | -4,215 | -96% | U.S. Army |
| 20111026 | 1,850 | 3,110 | -1,260 | -41% | U.S. Navy |
| 20111028 | 395 | 3,860 | -3,465 | -90% | Defense Logistics Agency |
| 20111031 | 1,825 | 3,527 | -1,702 | -48% | U.S. Army |
| 20111104 | 1,165 | 11,615 | -10,450 | -90% | U.S. Army |
| 20111114 | 355 | 3,040 | -2,685 | -88% | U.S. Army |
| 20111116 | 2,025 | 3,750 | -1,725 | -46% | Defense Logistics Agency |
| 20111205 | 1,040 | 11,006 | -9,966 | -91% | U.S. Air Force |
| 20111206 | 1,585 | 5,100 | -3,515 | -69% | U.S. Army |
| 20111206 | 1,005 | 3,406 | -2,401 | -70% | U.S. Army |
| 20111207 | 3,245 | 5,320 | -2,075 | -39% | U.S. Navy |
| 20111209 | 265 | 1,547 | -1,282 | -83% | U.S. Army |
| 20111212 | 49 | 4,900 | -4,851 | -99% | U.S. Army |
| 20111212 | 655 | 2,578 | -1,923 | -75% | U.S. Army |
| 20111213 | 2,810 | 31,900 | -29,090 | -91% | Defense Logistics Agency |
| 20111227 | 840 | 2,400 | -1,560 | -65% | U.S. Army |
| 20111228 | 950 | 3,600 | -2,650 | -74% | U.S. Navy |
| 20111230 | 1,675 | 3,735 | -2,060 | -55% | U.S. Navy |
| 20120111 | 450 | 6,005 | -5,555 | -93% | U.S. Air Force |
| 20120118 | 1,960 | 5,000 | -3,040 | -61% | U.S. Army |
| 20120118 | 757 | 3,500 | -2,743 | -78% | U.S. Air Force |
| 20120118 | 3,750 | 6,440 | -2,690 | -42% | U.S. Air Force |
| 20120203 | 2,390 | 5,280 | -2,890 | -55% | Defense Logistics Agency |
| 20120206 | 163 | 1,822 | -1,659 | -91% | Defense Logistics Agency |
| 20120208 | 1,545 | 6,000 | -4,455 | -74% | U.S. Army |

| Delivery Date (yyyymmdd) | Actual Weight (lbs) | Billed Weight (lbs) | Weight Variance (lbs) | Weight Variance (%) | Shipper or Recipient |
|---|---|---|---|---|---|
| 20120213 | 1,310 | 2,577 | -1,267 | -49% | Defense Logistics Agency |
| 20120215 | 680 | 3,920 | -3,240 | -83% | Defense Logistics Agency |
| 20120216 | 590 | 3,618 | -3,028 | -84% | U.S. Air Force |
| 20120224 | 3,940 | 7,105 | -3,165 | -45% | U.S. Army |
| 20120306 | 290 | 2,870 | -2,580 | -90% | Defense Logistics Agency |
| 20120306 | 2,260 | 4,832 | -2,572 | -53% | U.S. Army |
| 20120306 | 795 | 1,803 | -1,008 | -56% | U.S. Navy |
| 20120307 | 2,085 | 3,900 | -1,815 | -47% | Defense Logistics Agency |
| 20120313 | 3,440 | 9,403 | -5,963 | -63% | U.S. Navy |
| 20120313 | 275 | 2,025 | -1,750 | -86% | U.S. Army |
| 20120320 | 1,035 | 2,625 | -1,590 | -61% | U.S. Air Force |
| 20120323 | 1,790 | 4,152 | -2,362 | -57% | U.S. Navy |
| 20120329 | 390 | 3,910 | -3,520 | -90% | U.S. Navy |
| 20120404 | 1,128 | 11,280 | -10,152 | -90% | U.S. Army |
| 20120404 | 1,000 | 4,000 | -3,000 | -75% | U.S. Navy |
| 20120406 | 430 | 4,350 | -3,920 | -90% | Defense Logistics Agency |
| 20120410 | 315 | 1,989 | -1,674 | -84% | U.S. Air Force |
| 20120411 | 55 | 1,410 | -1,355 | -96% | Defense Logistics Agency |
| 20120417 | 1,175 | 4,480 | -3,305 | -74% | Defense Logistics Agency |
| 20120420 | 225 | 2,752 | -2,527 | -92% | U.S. Air Force |
| 20120423 | 245 | 1,926 | -1,681 | -87% | U.S. Air Force |
| 20120427 | 610 | 6,108 | -5,498 | -90% | U.S. Air Force |
| 20120427 | 235 | 2,650 | -2,415 | -91% | U.S. Army |
| 20120430 | 188 | 1,848 | -1,660 | -90% | U.S. Air Force |
| 20120503 | 945 | 2,960 | -2,015 | -68% | U.S. Air Force |
| 20120503 | 1,060 | 2,364 | -1,304 | -55% | Defense Logistics Agency |
| 20120507 | 2,955 | 5,500 | -2,545 | -46% | U.S. Army |
| 20120514 | 355 | 3,440 | -3,085 | -90% | U.S. Air Force |
| 20120522 | 4,320 | 8,126 | -3,806 | -47% | U.S. Navy |
| 20120605 | 215 | 20,000 | -19,785 | -99% | U.S. Army |
| 20120618 | 2,295 | 4,900 | -2,605 | -53% | U.S. Army |
| 20120702 | 1,240 | 4,646 | -3,406 | -73% | Defense Logistics Agency |
| 20120709 | 1,945 | 6,930 | -4,985 | -72% | U.S. Army |
| 20120709 | 325 | 1,700 | -1,375 | -81% | U.S. Army |
| 20120711 | 190 | 1,950 | -1,760 | -90% | U.S. Army |
| 20120712 | 3,920 | 28,265 | -24,345 | -86% | Defense Logistics Agency |
| 20120712 | 340 | 4,741 | -4,401 | -93% | Defense Logistics Agency |
| 20120712 | 950 | 2,710 | -1,760 | -65% | U.S. Army |
| 20120713 | 335 | 1,700 | -1,365 | -80% | U.S. Army |
| 20120716 | 655 | 2,160 | -1,505 | -70% | U.S. Navy |

| Delivery Date (yyyymmdd) | Actual Weight (lbs) | Billed Weight (lbs) | Weight Variance (lbs) | Weight Variance (%) | Shipper or Recipient |
|---|---|---|---|---|---|
| 20120716 | 310 | 1,700 | -1,390 | -82% | U.S. Army |
| 20120716 | 330 | 1,700 | -1,370 | -81% | U.S. Army |
| 20120717 | 820 | 3,500 | -2,680 | -77% | U.S. Army |
| 20120717 | 680 | 2,800 | -2,120 | -76% | U.S. Army |
| 20120717 | 305 | 1,700 | -1,395 | -82% | U.S. Army |
| 20120717 | 320 | 1,700 | -1,380 | -81% | U.S. Army |
| 20120718 | 995 | 3,000 | -2,005 | -67% | U.S. Army |
| 20120723 | 355 | 2,400 | -2,045 | -85% | U.S. Army |
| 20120725 | 1,635 | 3,200 | -1,565 | -49% | Defense Logistics Agency |
| 20120726 | 3,165 | 5,358 | -2,193 | -41% | U.S. Navy |
| 20120730 | 720 | 7,402 | -6,682 | -90% | U.S. Air Force |
| 20120731 | 265 | 7,200 | -6,935 | -96% | U.S. Army |
| 20120731 | 5,080 | 9,486 | -4,406 | -46% | U.S. Army |
| 20120731 | 1,485 | 4,008 | -2,523 | -63% | U.S. Army |
| 20120802 | 745 | 2,700 | -1,955 | -72% | U.S. Army |
| 20120807 | 285 | 3,324 | -3,039 | -91% | U.S. Army |
| 20120808 | 285 | 2,529 | -2,244 | -89% | U.S. Air Force |
| 20120810 | 2,920 | 5,850 | -2,930 | -50% | U.S. Army |
| 20120814 | 1,525 | 3,200 | -1,675 | -52% | Defense Logistics Agency |
| 20120816 | 1,950 | 4,677 | -2,727 | -58% | U.S. Army |
| 20120816 | 1,799 | 3,306 | -1,507 | -46% | Defense Logistics Agency |
| 20120821 | 385 | 3,840 | -3,455 | -90% | U.S. Army |
| 20120821 | 345 | 3,250 | -2,905 | -89% | U.S. Army |
| 20120821 | 1,075 | 2,276 | -1,201 | -53% | Defense Logistics Agency |
| 20120827 | 250 | 1,405 | -1,155 | -82% | U.S. Army |
| 20120914 | 1,155 | 4,000 | -2,845 | -71% | U.S. Army |
| 20120918 | 1,040 | 4,200 | -3,160 | -75% | U.S. Air Force |
| 20120918 | 720 | 2,375 | -1,655 | -70% | U.S. Army |
| 20120919 | 330 | 2,343 | -2,013 | -86% | U.S. Air Force |
| 20120926 | 2,455 | 5,000 | -2,545 | -51% | Defense Logistics Agency |
| 20120927 | 2,065 | 5,000 | -2,935 | -59% | U.S. Army |
| 20121002 | 1,000 | 9,020 | -8,020 | -89% | Defense Logistics Agency |
| 20121002 | 550 | 5,610 | -5,060 | -90% | Defense Logistics Agency |
| 20121004 | 300 | 1,952 | -1,652 | -85% | U.S. Army |
| 20121005 | 4,920 | 8,160 | -3,240 | -40% | U.S. Army |
| 20121005 | 205 | 1,216 | -1,011 | -83% | U.S. Air Force |
| 20121009 | 380 | 1,562 | -1,182 | -76% | U.S. Air Force |
| 20121016 | 340 | 6,174 | -5,834 | -94% | U.S. Air Force |
| 20121016 | 1,040 | 2,064 | -1,024 | -50% | U.S. Navy |
| 20121018 | 480 | 12,610 | -12,130 | -96% | Defense Logistics Agency |
| 20121023 | 132 | 1,328 | -1,196 | -90% | Defense Logistics Agency |