# EXHIBIT D

**Exhibit D:  YRC's SDDC Tenders**

| Tender Number | Supplement Number | Effective Date | Expiration Date |
|---|---|---|---|
| 004003 | 00 | 3/1/2005 | 2/28/2006 |
| 005024 | 00 | 3/1/2005 | 2/28/2006 |
| 040101 | 01 | 3/5/2005 | 3/5/2005 |
| 005013 | 01 | 3/15/2005 | 3/15/2005 |
| 005014 | 01 | 3/15/2005 | 3/15/2005 |
| 005015 | 01 | 3/15/2005 | 3/15/2005 |
| 005016 | 01 | 3/15/2005 | 3/15/2005 |
| 005025 | 00 | 4/26/2005 | 4/30/2006 |
| 005026 | 00 | 4/30/2005 | 5/31/2006 |
| 005027 | 00 | 4/30/2005 | 5/31/2006 |
| 005028 | 00 | 4/30/2005 | 5/31/2006 |
| 005029 | 00 | 4/30/2005 | 5/31/2006 |
| 005030 | 00 | 4/30/2005 | 5/31/2006 |
| 005031 | 00 | 4/30/2005 | 5/31/2006 |
| 005033 | 00 | 4/30/2005 | 5/31/2006 |
| 005034 | 00 | 4/30/2005 | 5/31/2006 |
| 005035 | 00 | 4/30/2005 | 5/31/2006 |
| 005036 | 00 | 4/30/2005 | 5/31/2006 |
| 005037 | 00 | 4/30/2005 | 5/31/2006 |
| 005038 | 00 | 4/30/2005 | 5/31/2006 |
| 005032 | 00 | 5/1/2005 | 7/30/2005 |
| 004001 | 02 | 5/31/2005 | 5/31/2006 |
| 005012 | 01 | 5/31/2005 | 5/31/2006 |
| 005017 | 01 | 5/31/2005 | 5/31/2006 |
| 005018 | 01 | 5/31/2005 | 5/31/2006 |
| 005019 | 01 | 5/31/2005 | 5/31/2006 |
| 005022 | 01 | 5/31/2005 | 5/31/2006 |
| 004004 | 00 | 6/21/2005 | 6/30/2006 |
| 004001 | 03 | 7/5/2005 | 7/5/2005 |
| 004003 | 01 | 2/28/2006 | 2/28/2007 |
| 005024 | 01 | 2/28/2006 | 2/28/2007 |
| 005012 | 02 | 5/31/2006 | 5/31/2007 |
| 005017 | 02 | 5/31/2006 | 5/31/2007 |
| 005018 | 02 | 5/31/2006 | 5/31/2007 |
| 005019 | 02 | 5/31/2006 | 5/31/2007 |
| 005022 | 02 | 5/31/2006 | 5/31/2007 |
| 005026 | 01 | 5/31/2006 | 5/31/2007 |
| 005027 | 01 | 5/31/2006 | 5/31/2007 |
| 005028 | 01 | 5/31/2006 | 5/31/2007 |
| 005029 | 01 | 5/31/2006 | 5/31/2007 |
| 005030 | 01 | 5/31/2006 | 5/31/2007 |
| 005031 | 01 | 5/31/2006 | 5/31/2007 |
| 005033 | 01 | 5/31/2006 | 5/31/2007 |
| 005034 | 01 | 5/31/2006 | 5/31/2007 |
| 005035 | 01 | 5/31/2006 | 5/31/2007 |
| 005036 | 01 | 5/31/2006 | 5/31/2007 |

| | | | |
|---|---|---|---|
| 005037 | 01 | 5/31/2006 | 5/31/2007 |
| 005038 | 01 | 5/31/2006 | 5/31/2007 |
| 004004 | 01 | 6/30/2006 | 6/30/2007 |
| 005012 | 03 | 6/30/2006 | 6/30/2006 |
| 005017 | 03 | 6/30/2006 | 6/30/2006 |
| 005018 | 03 | 6/30/2006 | 6/30/2006 |
| 005019 | 03 | 6/30/2006 | 6/30/2006 |
| 005022 | 03 | 6/30/2006 | 6/30/2006 |
| 005024 | 02 | 6/30/2006 | 6/30/2006 |
| 005026 | 02 | 6/30/2006 | 6/30/2006 |
| 005027 | 02 | 6/30/2006 | 6/30/2006 |
| 005028 | 02 | 6/30/2006 | 6/30/2006 |
| 005029 | 02 | 6/30/2006 | 6/30/2006 |
| 005030 | 02 | 6/30/2006 | 6/30/2006 |
| 005031 | 02 | 6/30/2006 | 6/30/2006 |
| 005033 | 02 | 6/30/2006 | 6/30/2006 |
| 005034 | 02 | 6/30/2006 | 6/30/2006 |
| 005035 | 02 | 6/30/2006 | 6/30/2006 |
| 005036 | 02 | 6/30/2006 | 6/30/2006 |
| 005037 | 02 | 6/30/2006 | 6/30/2006 |
| 005038 | 02 | 6/30/2006 | 6/30/2006 |
| 005012 | 00 | 8/16/2006 | 5/31/2007 |
| 005017 | 00 | 8/16/2006 | 5/31/2007 |
| 005018 | 00 | 8/16/2006 | 5/31/2007 |
| 005019 | 00 | 8/16/2006 | 5/31/2007 |
| 005022 | 00 | 8/16/2006 | 5/31/2007 |
| 005024 | 00 | 8/16/2006 | 5/31/2007 |
| 005026 | 00 | 8/16/2006 | 5/31/2007 |
| 005027 | 00 | 8/16/2006 | 5/31/2007 |
| 005028 | 00 | 8/16/2006 | 5/31/2007 |
| 005029 | 00 | 8/16/2006 | 5/31/2007 |
| 005030 | 00 | 8/16/2006 | 5/31/2007 |
| 005031 | 00 | 8/16/2006 | 5/31/2007 |
| 005033 | 00 | 8/16/2006 | 5/31/2007 |
| 005034 | 00 | 8/16/2006 | 5/31/2007 |
| 005035 | 00 | 8/16/2006 | 5/31/2007 |
| 005036 | 00 | 8/16/2006 | 8/31/2007 |
| 005037 | 00 | 8/16/2006 | 5/31/2007 |
| 005038 | 00 | 8/16/2006 | 5/31/2007 |
| 020137 | 00 | 8/17/2006 | 2/28/2007 |
| 020138 | 00 | 8/17/2006 | 2/28/2007 |
| 020140 | 00 | 8/17/2006 | 2/28/2007 |
| 020141 | 00 | 8/17/2006 | 2/28/2007 |
| 040104 | 00 | 8/17/2006 | 2/28/2007 |
| 040107 | 00 | 8/17/2006 | 2/28/2007 |
| 040108 | 00 | 8/17/2006 | 2/28/2007 |
| 040109 | 00 | 8/17/2006 | 2/28/2007 |

| 004003 | 02 | 8/24/2006 | 8/24/2006 |
| 004004 | 02 | 8/24/2006 | 8/24/2006 |
| 040110 | 00 | 9/15/2006 | 9/30/2007 |
| 040110 | 01 | 10/3/2006 | 10/3/2006 |
| 005039 | 00 | 10/23/2006 | 5/31/2007 |
| 005040 | 00 | 10/23/2006 | 5/31/2007 |
| 005012 | 01 | 1/7/2007 | 1/7/2007 |
| 005039 | 01 | 1/7/2007 | 1/7/2007 |
| 005040 | 01 | 1/7/2007 | 1/7/2007 |
| 005041 | 00 | 1/7/2007 | 5/31/2007 |
| 005042 | 00 | 1/7/2007 | 5/31/2007 |
| 005043 | 00 | 1/7/2007 | 5/31/2007 |
| 005044 | 00 | 1/7/2007 | 5/31/2007 |
| 005045 | 00 | 1/7/2007 | 5/31/2007 |
| 005046 | 00 | 1/7/2007 | 5/31/2007 |
| 005047 | 00 | 1/7/2007 | 5/31/2007 |
| 005048 | 00 | 1/7/2007 | 5/31/2007 |
| 005049 | 00 | 1/7/2007 | 5/31/2007 |
| 005050 | 00 | 1/7/2007 | 5/31/2007 |
| 005051 | 00 | 1/7/2007 | 5/31/2007 |
| 005052 | 00 | 1/7/2007 | 5/31/2007 |
| 005053 | 00 | 1/7/2007 | 5/31/2007 |
| 005054 | 00 | 1/7/2007 | 5/31/2007 |
| 005055 | 00 | 1/7/2007 | 5/31/2007 |
| 005056 | 00 | 1/7/2007 | 5/31/2007 |
| 005057 | 00 | 1/7/2007 | 5/31/2007 |
| 005058 | 00 | 1/7/2007 | 5/31/2007 |
| 005059 | 00 | 1/7/2007 | 5/31/2007 |
| 005060 | 00 | 1/7/2007 | 5/31/2007 |
| 020142 | 00 | 1/7/2007 | 4/7/2007 |
| 020143 | 00 | 1/7/2007 | 4/7/2007 |
| 020144 | 00 | 1/7/2007 | 4/7/2007 |
| 020145 | 00 | 1/7/2007 | 4/7/2007 |
| 040111 | 00 | 1/7/2007 | 4/7/2007 |
| 040112 | 00 | 1/7/2007 | 4/7/2007 |
| 040113 | 00 | 1/7/2007 | 4/7/2007 |
| 040114 | 00 | 1/7/2007 | 4/7/2007 |
| 040115 | 00 | 2/15/2007 | 2/15/2008 |
| 005045 | 01 | 3/20/2007 | 3/20/2007 |
| 005061 | 00 | 3/20/2007 | 3/31/2008 |
| 005060 | 01 | 3/22/2007 | 3/22/2007 |
| 020142 | 01 | 4/7/2007 | 3/31/2008 |
| 020146 | 00 | 4/10/2007 | 4/30/2008 |
| 020147 | 00 | 4/10/2007 | 4/30/2008 |
| 020148 | 00 | 4/10/2007 | 4/30/2008 |
| 040116 | 00 | 4/10/2007 | 4/30/2008 |
| 040117 | 00 | 4/10/2007 | 4/30/2008 |

| | | | |
|---|---|---|---|
| 040118 | 00 | 4/10/2007 | 4/30/2008 |
| 040115 | 01 | 5/24/2007 | 2/28/2008 |
| 005041 | 01 | 5/31/2007 | 5/31/2008 |
| 005042 | 01 | 5/31/2007 | 5/31/2008 |
| 005043 | 01 | 5/31/2007 | 5/31/2008 |
| 005044 | 01 | 5/31/2007 | 5/31/2008 |
| 005046 | 01 | 5/31/2007 | 5/31/2008 |
| 005053 | 01 | 5/31/2007 | 5/31/2008 |
| 005054 | 01 | 5/31/2007 | 5/31/2008 |
| 005055 | 01 | 5/31/2007 | 5/31/2008 |
| 040119 | 00 | 6/1/2007 | 8/31/2007 |
| 040115 | 02 | 7/1/2007 | 7/1/2007 |
| 040120 | 00 | 7/1/2007 | 6/30/2008 |
| 040121 | 00 | 7/1/2007 | 6/30/2008 |
| 005041 | 02 | 7/6/2007 | 7/6/2007 |
| 005042 | 02 | 7/6/2007 | 7/6/2007 |
| 005043 | 02 | 7/6/2007 | 7/6/2007 |
| 005044 | 02 | 7/6/2007 | 7/6/2007 |
| 005046 | 02 | 7/6/2007 | 7/6/2007 |
| 005053 | 02 | 7/6/2007 | 7/6/2007 |
| 005054 | 02 | 7/6/2007 | 7/6/2007 |
| 005055 | 02 | 7/6/2007 | 7/6/2007 |
| 005061 | 01 | 7/6/2007 | 7/6/2007 |
| 005062 | 00 | 7/6/2007 | 5/31/2008 |
| 005063 | 00 | 7/6/2007 | 5/31/2008 |
| 005064 | 00 | 7/6/2007 | 5/31/2008 |
| 005065 | 00 | 7/6/2007 | 5/31/2008 |
| 005066 | 00 | 7/6/2007 | 5/31/2008 |
| 005067 | 00 | 7/6/2007 | 5/31/2008 |
| 005068 | 00 | 7/6/2007 | 5/31/2008 |
| 005069 | 00 | 7/6/2007 | 5/31/2008 |
| 005070 | 00 | 7/6/2007 | 5/31/2008 |
| 005072 | 00 | 7/6/2007 | 5/31/2008 |
| 005073 | 00 | 7/6/2007 | 5/31/2008 |
| 005074 | 00 | 7/6/2007 | 5/31/2008 |
| 005075 | 00 | 7/6/2007 | 5/31/2008 |
| 005076 | 00 | 7/6/2007 | 5/31/2008 |
| 005077 | 00 | 7/6/2007 | 5/31/2008 |
| 005078 | 00 | 7/6/2007 | 5/31/2008 |
| 005079 | 00 | 7/6/2007 | 5/31/2008 |
| 005080 | 00 | 7/6/2007 | 5/31/2008 |
| 005063 | 01 | 7/26/2007 | 5/31/2008 |
| 005073 | 01 | 7/26/2007 | 5/31/2008 |
| 040122 | 00 | 8/7/2007 | 6/30/2008 |
| 040123 | 00 | 9/1/2007 | 8/31/2008 |
| 040120 | 01 | 9/19/2007 | 9/19/2007 |
| 040124 | 00 | 9/19/2007 | 6/30/2008 |

| 005081 | 00 | 10/11/2007 | 1/31/2008 |
|--------|----|-----------|-----------|
| 040127 | 00 | 10/26/2007 | 6/30/2008 |
| 005082 | 00 | 11/8/2007 | 2/28/2008 |
| 005083 | 00 | 11/13/2007 | 5/31/2008 |
| 040128 | 00 | 11/22/2007 | 6/30/2008 |
| 020142 | 02 | 11/28/2007 | 11/28/2007 |
| 005084 | 00 | 12/8/2007 | 12/31/2008 |
| 005085 | 00 | 12/8/2007 | 12/31/2008 |
| 005062 | 01 | 12/19/2007 | 12/19/2007 |
| 005070 | 01 | 12/19/2007 | 12/19/2007 |
| 005086 | 00 | 2/5/2008 | 1/31/2009 |
| 005087 | 00 | 2/6/2008 | 2/28/2009 |
| 040129 | 00 | 2/25/2008 | 2/28/2009 |
| 040122 | 01 | 3/8/2008 | 3/8/2008 |
| 040130 | 00 | 3/18/2008 | 6/30/2008 |
| 020146 | 01 | 4/29/2008 | 7/31/2008 |
| 020147 | 01 | 4/29/2008 | 7/31/2008 |
| 020148 | 01 | 4/29/2008 | 7/31/2008 |
| 040116 | 01 | 4/29/2008 | 7/31/2008 |
| 040117 | 01 | 4/29/2008 | 7/31/2008 |
| 040118 | 01 | 4/29/2008 | 7/31/2008 |
| 020146 | 02 | 5/1/2008 | 7/31/2008 |
| 040131 | 00 | 5/14/2008 | 8/31/2008 |
| 005063 | 02 | 5/31/2008 | 5/31/2009 |
| 005064 | 01 | 5/31/2008 | 5/31/2009 |
| 005065 | 01 | 5/31/2008 | 5/31/2009 |
| 005072 | 01 | 5/31/2008 | 5/31/2009 |
| 005073 | 02 | 5/31/2008 | 5/31/2009 |
| 005074 | 01 | 5/31/2008 | 5/31/2009 |
| 005075 | 01 | 5/31/2008 | 5/31/2009 |
| 005080 | 01 | 5/31/2008 | 5/31/2009 |
| 005083 | 01 | 5/31/2008 | 5/31/2009 |
| 005088 | 00 | 6/9/2008 | 6/30/2009 |
| 005072 | 02 | 6/27/2008 | 5/31/2009 |
| 040121 | 01 | 6/29/2008 | 6/30/2009 |
| 040124 | 01 | 6/29/2008 | 6/30/2009 |
| 040127 | 01 | 6/29/2008 | 6/30/2009 |
| 040132 | 00 | 7/4/2008 | 6/30/2009 |
| 005089 | 00 | 7/17/2008 | 5/31/2009 |
| 005090 | 00 | 7/17/2008 | 12/31/2008 |
| 005091 | 00 | 7/17/2008 | 5/31/2009 |
| 005092 | 00 | 7/17/2008 | 5/31/2009 |
| 005093 | 00 | 7/17/2008 | 5/31/2009 |
| 005094 | 00 | 7/17/2008 | 5/31/2009 |
| 005063 | 03 | 7/18/2008 | 7/18/2008 |
| 005072 | 03 | 7/18/2008 | 7/18/2008 |
| 005073 | 03 | 7/18/2008 | 7/18/2008 |

| 005084 | 01 | 7/18/2008 | 7/18/2008 |
| 005095 | 00 | 7/22/2008 | 10/31/2009 |
| 005096 | 00 | 7/30/2008 | 10/31/2008 |
| 005097 | 00 | 7/30/2008 | 10/31/2008 |
| 020146 | 03 | 7/30/2008 | 10/31/2008 |
| 020147 | 02 | 7/30/2008 | 10/31/2008 |
| 020148 | 02 | 7/30/2008 | 10/31/2008 |
| 040116 | 02 | 7/30/2008 | 10/31/2008 |
| 040117 | 02 | 7/30/2008 | 10/31/2008 |
| 040118 | 02 | 7/30/2008 | 10/31/2008 |
| 040133 | 00 | 8/27/2008 | 11/30/2008 |
| 040134 | 00 | 9/25/2008 | 12/31/2009 |
| 040135 | 00 | 9/26/2008 | 12/31/2008 |
| 040136 | 00 | 11/12/2008 | 11/30/2009 |
| 006001 | 00 | 12/11/2008 | 12/31/2009 |
| 006002 | 00 | 12/11/2008 | 12/31/2009 |
| 006003 | 00 | 12/11/2008 | 12/31/2009 |
| 006004 | 00 | 12/11/2008 | 12/31/2009 |
| 006005 | 00 | 12/11/2008 | 12/31/2009 |
| 006006 | 00 | 12/11/2008 | 12/31/2009 |
| 006007 | 00 | 12/11/2008 | 12/31/2009 |
| 006008 | 00 | 12/11/2008 | 12/31/2009 |
| 006009 | 00 | 12/11/2008 | 12/31/2009 |
| 006010 | 00 | 12/11/2008 | 12/31/2009 |
| 006011 | 00 | 12/11/2008 | 12/31/2009 |
| 006012 | 00 | 12/11/2008 | 12/31/2009 |
| 006013 | 00 | 12/11/2008 | 12/31/2009 |
| 006014 | 00 | 12/11/2008 | 12/31/2009 |
| 006015 | 00 | 12/11/2008 | 12/31/2009 |
| 006017 | 00 | 12/11/2008 | 12/31/2009 |
| 006018 | 00 | 12/11/2008 | 12/31/2009 |
| 006019 | 00 | 12/11/2008 | 12/31/2009 |
| 006020 | 00 | 12/11/2008 | 12/31/2009 |
| 006021 | 00 | 12/11/2008 | 12/31/2009 |
| 006022 | 00 | 12/11/2008 | 12/31/2009 |
| 006023 | 00 | 12/11/2008 | 12/31/2009 |
| 006024 | 00 | 12/11/2008 | 12/31/2009 |
| 006025 | 00 | 12/11/2008 | 12/31/2009 |
| 006026 | 00 | 12/11/2008 | 12/31/2009 |
| 006027 | 00 | 12/11/2008 | 12/31/2009 |
| 006028 | 00 | 12/11/2008 | 12/31/2009 |
| 006029 | 00 | 12/11/2008 | 12/31/2009 |
| 006030 | 00 | 12/11/2008 | 12/31/2009 |
| 006031 | 00 | 12/11/2008 | 12/31/2009 |
| 006032 | 00 | 12/11/2008 | 12/31/2009 |
| 006033 | 00 | 12/11/2008 | 12/31/2009 |
| 006034 | 00 | 12/11/2008 | 12/31/2009 |

| 006035 | 00 | 12/11/2008 | 12/31/2009 |
| 006036 | 00 | 12/11/2008 | 12/31/2009 |
| 005085 | 01 | 12/30/2008 | 12/31/2009 |
| 005090 | 01 | 12/30/2008 | 12/31/2009 |
| 040135 | 01 | 12/30/2008 | 12/31/2009 |
| 005086 | 01 | 1/30/2009 | 1/31/2010 |
| 005095 | 01 | 1/31/2009 | 1/31/2009 |
| 005098 | 00 | 2/23/2009 | 2/28/2010 |
| 005086 | 02 | 3/1/2009 | 3/1/2009 |
| 005088 | 01 | 3/1/2009 | 3/1/2009 |
| 070015 | 00 | 3/9/2009 | 3/31/2010 |
| 040121 | 02 | 3/11/2009 | 6/30/2009 |
| 040132 | 01 | 3/11/2009 | 6/30/2009 |
| 040134 | 01 | 3/11/2009 | 12/31/2009 |
| 040135 | 02 | 3/11/2009 | 12/31/2009 |
| 040136 | 01 | 3/11/2009 | 11/30/2009 |
| 500001 | 00 | 3/25/2009 | 3/31/2010 |
| 040121 | 03 | 3/26/2009 | 3/26/2009 |
| 040132 | 02 | 3/26/2009 | 3/26/2009 |
| 040134 | 02 | 3/26/2009 | 3/26/2009 |
| 040135 | 03 | 3/26/2009 | 3/26/2009 |
| 040136 | 02 | 3/26/2009 | 3/26/2009 |
| 005099 | 00 | 3/27/2009 | 3/31/2010 |
| 005100 | 00 | 3/27/2009 | 3/31/2010 |
| 005101 | 00 | 3/27/2009 | 3/31/2010 |
| 005102 | 00 | 3/27/2009 | 3/31/2010 |
| 005075 | 02 | 4/7/2009 | 4/7/2009 |
| 005064 | 02 | 4/8/2009 | 4/8/2009 |
| 005065 | 02 | 4/8/2009 | 4/8/2009 |
| 005074 | 02 | 4/8/2009 | 4/8/2009 |
| 005080 | 02 | 4/8/2009 | 4/8/2009 |
| 005085 | 02 | 4/8/2009 | 4/8/2009 |
| 005091 | 01 | 4/8/2009 | 4/8/2009 |
| 005092 | 01 | 4/8/2009 | 4/8/2009 |
| 500001 | 00 | 4/10/2009 | 4/30/2010 |
| 003006 | 00 | 4/23/2009 | 4/30/2010 |
| 006001 | 00 | 5/6/2009 | 4/30/2010 |
| 006002 | 00 | 5/6/2009 | 4/30/2010 |
| 006003 | 00 | 5/6/2009 | 4/30/2010 |
| 006004 | 00 | 5/6/2009 | 4/30/2010 |
| 006005 | 00 | 5/6/2009 | 4/30/2011 |
| 006006 | 00 | 5/6/2009 | 4/30/2010 |
| 006007 | 00 | 5/6/2009 | 4/30/2010 |
| 006008 | 00 | 5/6/2009 | 4/30/2010 |
| 006009 | 00 | 5/6/2009 | 4/30/2010 |
| 006010 | 00 | 5/6/2009 | 4/30/2010 |
| 006011 | 00 | 5/6/2009 | 4/30/2010 |

| | | | |
|---|---|---|---|
| 006012 | 00 | 5/6/2009 | 4/30/2010 |
| 006013 | 00 | 5/6/2009 | 4/30/2010 |
| 006014 | 00 | 5/6/2009 | 4/30/2010 |
| 006015 | 00 | 5/6/2009 | 4/30/2010 |
| 006016 | 00 | 5/6/2009 | 4/30/2010 |
| 006017 | 00 | 5/6/2009 | 4/30/2010 |
| 006018 | 00 | 5/6/2009 | 4/30/2010 |
| 006019 | 00 | 5/6/2009 | 4/30/2010 |
| 006020 | 00 | 5/6/2009 | 4/30/2010 |
| 006021 | 00 | 5/6/2009 | 4/30/2010 |
| 006022 | 00 | 5/6/2009 | 4/30/2010 |
| 006023 | 00 | 5/6/2009 | 4/30/2010 |
| 006024 | 00 | 5/6/2009 | 4/30/2011 |
| 006025 | 00 | 5/6/2009 | 4/30/2010 |
| 006026 | 00 | 5/6/2009 | 4/30/2010 |
| 006027 | 00 | 5/6/2009 | 4/30/2010 |
| 006028 | 00 | 5/6/2009 | 4/30/2010 |
| 006029 | 00 | 5/6/2009 | 4/30/2010 |
| 006030 | 00 | 5/6/2009 | 4/30/2010 |
| 006031 | 00 | 5/6/2009 | 4/30/2010 |
| 006032 | 00 | 5/6/2009 | 4/30/2010 |
| 006033 | 00 | 5/6/2009 | 4/30/2010 |
| 006034 | 00 | 5/6/2009 | 4/30/2010 |
| 006035 | 00 | 5/6/2009 | 4/30/2010 |
| 006036 | 00 | 5/6/2009 | 4/30/2010 |
| 006037 | 00 | 5/6/2009 | 4/30/2010 |
| 006038 | 00 | 5/6/2009 | 4/30/2010 |
| 006039 | 00 | 5/6/2009 | 4/30/2010 |
| 006040 | 00 | 5/6/2009 | 4/30/2010 |
| 006041 | 00 | 5/6/2009 | 4/30/2010 |
| 006042 | 00 | 5/6/2009 | 4/30/2010 |
| 006043 | 00 | 5/6/2009 | 4/30/2010 |
| 006044 | 00 | 5/6/2009 | 4/30/2010 |
| 006045 | 00 | 5/6/2009 | 4/30/2010 |
| 006046 | 00 | 5/6/2009 | 4/30/2010 |
| 006047 | 00 | 5/6/2009 | 4/30/2010 |
| 006048 | 00 | 5/6/2009 | 4/30/2010 |
| 006049 | 00 | 5/6/2009 | 4/30/2010 |
| 005083 | 02 | 5/30/2009 | 5/31/2010 |
| 005089 | 01 | 5/30/2009 | 5/31/2010 |
| 040137 | 00 | 7/1/2009 | 6/30/2010 |
| 040138 | 00 | 7/1/2009 | 6/30/2010 |
| 005089 | 02 | 9/8/2009 | 9/8/2009 |
| 005090 | 02 | 9/8/2009 | 9/8/2009 |
| 005100 | 01 | 9/8/2009 | 9/8/2009 |
| 005103 | 00 | 9/8/2009 | 9/30/2010 |
| 005104 | 00 | 9/11/2009 | 9/30/2010 |

| 005103 | 01 | 12/3/2009 | 9/30/2010 |
|--------|-----|-----------|-----------|
| 005105 | 00 | 12/3/2009 | 9/30/2010 |
| 005106 | 00 | 12/21/2009 | 3/31/2010 |
| 005107 | 00 | 12/21/2009 | 3/31/2010 |
| 006001 | 01 | 12/30/2009 | 12/31/2010 |
| 006002 | 01 | 12/30/2009 | 12/31/2010 |
| 006003 | 01 | 12/30/2009 | 12/31/2010 |
| 006004 | 01 | 12/30/2009 | 12/31/2010 |
| 006005 | 01 | 12/30/2009 | 12/31/2010 |
| 006006 | 01 | 12/30/2009 | 12/31/2010 |
| 006007 | 01 | 12/30/2009 | 12/31/2010 |
| 006008 | 01 | 12/30/2009 | 12/31/2010 |
| 006009 | 01 | 12/30/2009 | 12/31/2010 |
| 006010 | 01 | 12/30/2009 | 12/31/2010 |
| 006011 | 01 | 12/30/2009 | 12/31/2010 |
| 006012 | 01 | 12/30/2009 | 12/31/2010 |
| 006013 | 01 | 12/30/2009 | 12/31/2010 |
| 006014 | 01 | 12/30/2009 | 12/31/2010 |
| 006015 | 01 | 12/30/2009 | 12/31/2010 |
| 006017 | 01 | 12/30/2009 | 12/31/2010 |
| 006018 | 01 | 12/30/2009 | 12/31/2010 |
| 006019 | 01 | 12/30/2009 | 12/31/2010 |
| 006020 | 01 | 12/30/2009 | 12/31/2010 |
| 006021 | 01 | 12/30/2009 | 12/31/2010 |
| 006022 | 01 | 12/30/2009 | 12/31/2010 |
| 006023 | 01 | 12/30/2009 | 12/31/2010 |
| 006024 | 01 | 12/30/2009 | 12/31/2010 |
| 006025 | 01 | 12/30/2009 | 12/31/2010 |
| 006026 | 01 | 12/30/2009 | 12/31/2010 |
| 006027 | 01 | 12/30/2009 | 12/31/2010 |
| 006028 | 01 | 12/30/2009 | 12/31/2010 |
| 006029 | 01 | 12/30/2009 | 12/31/2010 |
| 006030 | 01 | 12/30/2009 | 12/31/2010 |
| 006031 | 01 | 12/30/2009 | 12/31/2010 |
| 006032 | 01 | 12/30/2009 | 12/31/2010 |
| 006033 | 01 | 12/30/2009 | 12/31/2010 |
| 006034 | 01 | 12/30/2009 | 12/31/2010 |
| 006035 | 01 | 12/30/2009 | 12/31/2010 |
| 006036 | 01 | 12/30/2009 | 12/31/2010 |
| 005108 | 00 | 1/7/2010 | 4/30/2010 |
| 005109 | 00 | 1/7/2010 | 4/30/2010 |
| 005110 | 00 | 1/15/2010 | 1/31/2011 |
| 040139 | 00 | 2/26/2010 | 2/28/2011 |
| 040140 | 00 | 2/26/2010 | 2/28/2011 |
| 040137 | 01 | 3/12/2010 | 3/12/2010 |
| 040138 | 01 | 3/12/2010 | 3/12/2010 |
| 005099 | 01 | 3/31/2010 | 3/31/2011 |

| 005101 | 01 | 3/31/2010 | 3/31/2011 |
| 005102 | 01 | 3/31/2010 | 3/31/2011 |
| 003006 | 01 | 4/2/2010 | 7/31/2010 |
| 010001 | 00 | 4/16/2010 | 7/31/2010 |
| 040141 | 00 | 4/16/2010 | 4/30/2011 |
| 040142 | 00 | 4/16/2010 | 4/30/2011 |
| 010001 | 01 | 4/30/2010 | 8/31/2010 |
| 040139 | 01 | 4/30/2010 | 4/30/2010 |
| 040140 | 01 | 4/30/2010 | 4/30/2010 |
| 006024 | 01 | 5/13/2010 | 5/13/2012 |
| 010001 | 00 | 5/14/2010 | 8/31/2010 |
| 003006 | 02 | 5/18/2010 | 5/18/2010 |
| 006005 | 01 | 5/18/2010 | 5/18/2010 |
| 005104 | 01 | 9/30/2010 | 12/31/2010 |
| 005105 | 01 | 9/30/2010 | 12/31/2010 |
| 005111 | 00 | 10/1/2010 | 12/31/2010 |
| 010003 | 00 | 10/5/2010 | 1/31/2011 |
| 005112 | 00 | 1/1/2011 | 1/31/2012 |
| 005113 | 00 | 1/1/2011 | 1/31/2012 |
| 005114 | 00 | 1/1/2011 | 1/31/2012 |
| 005115 | 00 | 4/1/2011 | 3/31/2012 |
| 005116 | 00 | 4/1/2011 | 3/31/2012 |
| 005117 | 00 | 4/1/2011 | 3/31/2012 |
| 040141 | 01 | 4/8/2011 | 4/8/2011 |
| 040142 | 01 | 4/8/2011 | 4/8/2011 |
| 010004 | 00 | 7/1/2011 | 9/30/2011 |
| 010005 | 00 | 7/1/2011 | 9/30/2011 |
| 010006 | 00 | 7/8/2011 | 10/31/2011 |
| 010007 | 00 | 7/8/2011 | 10/31/2011 |
| 010004 | 01 | 7/22/2011 | 7/22/2011 |
| 010005 | 01 | 7/22/2011 | 7/22/2011 |
| 005116 | 01 | 9/7/2011 | 3/31/2012 |
| 005118 | 00 | 11/28/2011 | 11/30/2012 |
| 005119 | 00 | 11/28/2011 | 11/30/2012 |
| 005120 | 00 | 11/28/2011 | 11/30/2012 |
| 005121 | 00 | 11/28/2011 | 11/30/2012 |
| 005114 | 01 | 12/1/2011 | 12/1/2011 |
| 005115 | 01 | 12/1/2011 | 12/1/2011 |
| 005116 | 02 | 12/1/2011 | 12/1/2011 |
| 005117 | 01 | 12/1/2011 | 12/1/2011 |
| 006137 | 00 | 12/1/2011 | 11/30/2012 |
| 006138 | 00 | 12/1/2011 | 11/30/2012 |
| 006139 | 00 | 12/1/2011 | 11/30/2012 |
| 006140 | 00 | 12/1/2011 | 11/30/2012 |
| 006141 | 00 | 12/1/2011 | 11/30/2012 |
| 006142 | 00 | 12/1/2011 | 11/30/2012 |
| 006143 | 00 | 12/1/2011 | 11/30/2012 |

| 006144 | 00 | 12/1/2011 | 11/30/2012 |
|--------|----|-----------|------------|
| 006145 | 00 | 12/1/2011 | 11/30/2012 |
| 006146 | 00 | 12/1/2011 | 11/30/2012 |
| 006147 | 00 | 12/1/2011 | 11/30/2012 |
| 006148 | 00 | 12/1/2011 | 11/30/2012 |
| 006149 | 00 | 12/1/2011 | 11/30/2012 |
| 007001 | 00 | 12/1/2011 | 11/30/2012 |
| 007002 | 00 | 12/1/2011 | 11/30/2012 |
| 007003 | 00 | 12/1/2011 | 11/30/2012 |
| 007004 | 00 | 12/1/2011 | 11/30/2012 |
| 007005 | 00 | 12/1/2011 | 11/30/2012 |
| 007006 | 00 | 12/1/2011 | 11/30/2012 |
| 007007 | 00 | 12/1/2011 | 11/30/2012 |
| 007008 | 00 | 12/1/2011 | 11/30/2012 |
| 007009 | 00 | 12/1/2011 | 11/30/2012 |
| 007010 | 00 | 12/1/2011 | 11/30/2012 |
| 007011 | 00 | 12/1/2011 | 11/30/2012 |
| 007012 | 00 | 12/1/2011 | 11/30/2012 |
| 007013 | 00 | 12/1/2011 | 11/30/2012 |
| 007014 | 00 | 12/1/2011 | 11/30/2012 |
| 007015 | 00 | 12/1/2011 | 11/30/2012 |
| 007016 | 00 | 12/1/2011 | 11/30/2012 |
| 007017 | 00 | 12/1/2011 | 11/30/2012 |
| 007018 | 00 | 12/1/2011 | 11/30/2012 |
| 007019 | 00 | 12/1/2011 | 11/30/2012 |
| 007020 | 00 | 12/1/2011 | 11/30/2012 |
| 007021 | 00 | 12/1/2011 | 11/30/2012 |
| 007022 | 00 | 12/1/2011 | 11/30/2012 |
| 007023 | 00 | 12/1/2011 | 11/30/2012 |
| 007024 | 00 | 12/1/2011 | 11/30/2012 |
| 007025 | 00 | 12/1/2011 | 11/30/2012 |
| 007026 | 00 | 12/1/2011 | 11/30/2012 |
| 007027 | 00 | 12/1/2011 | 11/30/2012 |
| 007028 | 00 | 12/1/2011 | 11/30/2012 |
| 007029 | 00 | 12/1/2011 | 11/30/2012 |
| 007030 | 00 | 12/1/2011 | 11/30/2012 |
| 007031 | 00 | 12/1/2011 | 11/30/2012 |
| 007032 | 00 | 12/1/2011 | 11/30/2012 |
| 007033 | 00 | 12/1/2011 | 11/30/2012 |
| 007034 | 00 | 12/1/2011 | 11/30/2012 |
| 007035 | 00 | 12/1/2011 | 11/30/2012 |
| 007036 | 00 | 12/1/2011 | 11/30/2012 |
| 007037 | 00 | 12/1/2011 | 11/30/2012 |
| 007038 | 00 | 12/1/2011 | 11/30/2012 |
| 007039 | 00 | 12/1/2011 | 11/30/2012 |
| 007040 | 00 | 12/1/2011 | 11/30/2012 |
| 007041 | 00 | 12/1/2011 | 11/30/2012 |

| | | | |
|---|---|---|---|
| 007042 | 00 | 12/1/2011 | 11/30/2012 |
| 007043 | 00 | 12/1/2011 | 11/30/2012 |
| 007044 | 00 | 12/1/2011 | 11/30/2012 |
| 007045 | 00 | 12/1/2011 | 11/30/2012 |
| 007046 | 00 | 12/1/2011 | 11/30/2012 |
| 007047 | 00 | 12/1/2011 | 11/30/2012 |
| 007048 | 00 | 12/1/2011 | 11/30/2012 |
| 007049 | 00 | 12/1/2011 | 11/30/2012 |
| 006150 | 00 | 12/15/2011 | 12/31/2012 |
| 007001 | 01 | 12/16/2011 | 12/16/2011 |
| 007002 | 01 | 12/16/2011 | 12/16/2011 |
| 007003 | 01 | 12/16/2011 | 12/16/2011 |
| 007004 | 01 | 12/16/2011 | 12/16/2011 |
| 007005 | 01 | 12/16/2011 | 12/16/2011 |
| 007006 | 01 | 12/16/2011 | 12/16/2011 |
| 007007 | 01 | 12/16/2011 | 12/16/2011 |
| 007008 | 01 | 12/16/2011 | 12/16/2011 |
| 007009 | 01 | 12/16/2011 | 12/16/2011 |
| 007010 | 01 | 12/16/2011 | 12/16/2011 |
| 007011 | 01 | 12/16/2011 | 12/16/2011 |
| 007012 | 01 | 12/16/2011 | 12/16/2011 |
| 007013 | 01 | 12/16/2011 | 12/16/2011 |
| 007014 | 01 | 12/16/2011 | 12/16/2011 |
| 007015 | 01 | 12/16/2011 | 12/16/2011 |
| 007016 | 01 | 12/16/2011 | 12/16/2011 |
| 007017 | 01 | 12/16/2011 | 12/16/2011 |
| 007018 | 01 | 12/16/2011 | 12/16/2011 |
| 007019 | 01 | 12/16/2011 | 12/16/2011 |
| 007020 | 01 | 12/16/2011 | 12/16/2011 |
| 007021 | 01 | 12/16/2011 | 12/16/2011 |
| 007022 | 01 | 12/16/2011 | 12/16/2011 |
| 007023 | 01 | 12/16/2011 | 12/16/2011 |
| 007024 | 01 | 12/16/2011 | 12/16/2011 |
| 007025 | 01 | 12/16/2011 | 12/16/2011 |
| 007026 | 01 | 12/16/2011 | 12/16/2011 |
| 007027 | 01 | 12/16/2011 | 12/16/2011 |
| 007028 | 01 | 12/16/2011 | 12/16/2011 |
| 007029 | 01 | 12/16/2011 | 12/16/2011 |
| 007030 | 01 | 12/16/2011 | 12/16/2011 |
| 007031 | 01 | 12/16/2011 | 12/16/2011 |
| 007032 | 01 | 12/16/2011 | 12/16/2011 |
| 007033 | 01 | 12/16/2011 | 12/16/2011 |
| 007034 | 01 | 12/16/2011 | 12/16/2011 |
| 007035 | 01 | 12/16/2011 | 12/16/2011 |
| 007036 | 01 | 12/16/2011 | 12/16/2011 |
| 007037 | 01 | 12/16/2011 | 12/16/2011 |
| 007038 | 01 | 12/16/2011 | 12/16/2011 |

| | | | |
|---|---|---|---|
| 007039 | 01 | 12/16/2011 | 12/16/2011 |
| 007040 | 01 | 12/16/2011 | 12/16/2011 |
| 007041 | 01 | 12/16/2011 | 12/16/2011 |
| 007042 | 01 | 12/16/2011 | 12/16/2011 |
| 007043 | 01 | 12/16/2011 | 12/16/2011 |
| 007044 | 01 | 12/16/2011 | 12/16/2011 |
| 007045 | 01 | 12/16/2011 | 12/16/2011 |
| 007046 | 01 | 12/16/2011 | 12/16/2011 |
| 007047 | 01 | 12/16/2011 | 12/16/2011 |
| 007048 | 01 | 12/16/2011 | 12/16/2011 |
| 007049 | 01 | 12/16/2011 | 12/16/2011 |
| 005122 | 00 | 2/1/2012 | 1/31/2013 |
| 005123 | 00 | 2/1/2012 | 1/31/2013 |
| 010008 | 00 | 3/16/2012 | 6/30/2012 |
| 010009 | 00 | 3/22/2012 | 6/30/2012 |
| 010010 | 00 | 4/3/2012 | 7/2/2012 |
| 010011 | 00 | 4/3/2012 | 7/2/2012 |
| 006151 | 00 | 4/4/2012 | 4/30/2013 |
| 010010 | 01 | 4/19/2012 | 4/19/2012 |
| 010011 | 01 | 4/19/2012 | 4/19/2012 |
| 005118 | 01 | 8/9/2012 | 8/9/2012 |
| 005124 | 00 | 8/9/2012 | 12/31/2012 |
| 006152 | 00 | 11/15/2012 | 11/30/2013 |
| 005119 | 01 | 11/30/2012 | 2/28/2013 |
| 005121 | 01 | 11/30/2012 | 11/30/2013 |
| 006137 | 01 | 11/30/2012 | 11/30/2013 |
| 006138 | 01 | 11/30/2012 | 11/30/2013 |
| 006139 | 01 | 11/30/2012 | 11/30/2013 |
| 006140 | 01 | 11/30/2012 | 11/30/2013 |
| 006141 | 01 | 11/30/2012 | 11/30/2013 |
| 006142 | 01 | 11/30/2012 | 11/30/2013 |
| 006143 | 01 | 11/30/2012 | 11/30/2013 |
| 006144 | 01 | 11/30/2012 | 9/10/2013 |
| 006145 | 01 | 11/30/2012 | 11/30/2013 |
| 006146 | 01 | 11/30/2012 | 9/10/2013 |
| 006147 | 01 | 11/30/2012 | 11/30/2013 |
| 006148 | 01 | 11/30/2012 | 11/30/2013 |
| 006149 | 01 | 11/30/2012 | 11/30/2013 |
| 005125 | 00 | 12/1/2012 | 11/30/2013 |
| 005124 | 01 | 12/31/2012 | 12/31/2013 |
| 006150 | 01 | 12/31/2012 | 12/31/2013 |
| 005119 | 02 | 1/1/2013 | 1/1/2013 |
| 005126 | 00 | 1/1/2013 | 11/30/2013 |
| 005123 | 01 | 1/25/2013 | 1/25/2013 |
| 005128 | 00 | 1/25/2013 | 1/31/2014 |
| 005127 | 00 | 2/1/2013 | 1/31/2014 |
| 006151 | 01 | 4/30/2013 | 4/30/2014 |

13