**UNITED STATES U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>JAMES HANNUM<br><br>    Plaintiffs,<br><br>  vs.<br><br>YRC FREIGHT, INC.; ROADWAY EXPRESS, INC.; and YELLOW TRANSPORTATION, INC.,<br><br>    Defendants. | Case No. 08-CV-0811 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants YRC Freight, Inc., Roadway Express, Inc. and Yellow Transportation, Inc. ("YRC") are not publicly traded companies, but 100% of YRC's stock is owned by a publicly traded parent company, YRC Worldwide, Inc.

| | |
|---|---|
| Dated: February 7, 2019<br>New York, New York | DENTONS US LLP<br><br>By: */s/ Sean Cenawood*<br>Sean Cenawood NY#2463750<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>sean.cenawood@dentons.com<br><br>*ATTORNEY FOR DEFENDANTS* |

TO:    ALL COUNSEL UPON APPEARANCE