UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA, ex rel.
JAMES HANNUM,

        Plaintiff,

   -v-
                                                                 08-CV-0811(RJA-MJR)

ROADWAY EXPRESS, INC., and
YELLOW TRANSPORTATION, INC.,

        Defendants.
_____

## NOTICE OF REMOVAL

    TO:    Clerk of the United States District Court
              For the Western District of New York

You are hereby requested to remove Gretchen L. Wylegala as counsel for the plaintiff in the above-entitled action.

    **DATED:**    **Buffalo, New York, November 8, 2019.**

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

              BY:     s/Kathleen A. Lynch
                                      KATHLEEN A. LYNCH
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York 14202
                                      (716) 843-5830
                                      Kathleen.lynch@usdoj.gov