**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**JAMES HANNUM,**

        **Plaintiffs,**

  vs.

**YRC FREIGHT, INC.; ROADWAY EXPRESS, INC.; and YELLOW TRANSPORTATION, INC.,**

        **Defendants.**

Case No. 08-CV-0811

**DEFENDANTS' CERTIFICATION REGARDING THEIR OBJECTIONS TO MAGISTRATE JUDGE ROEMER'S REPORT AND RECOMMENDATION**

Sean Cenawood, NY2463750
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
sean.cenawood@dentons.com

Stephen L. Hill, Jr., #MO36033
Sara M. Holzschuh, #KS24864
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
stephen.hill@dentons.com
sara.holzschuh@dentons.com
*Pro Hac Vice* Appearance

Defendants Roadway Express, Inc. ("Roadway"), Yellow Transportation, Inc. ("Yellow"), and YRC Freight, Inc. ("YRC Freight") (collectively, "Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and Local Rule of Civil Procedure 72, respectfully submit the following Certification to Their Objections to Magistrate Judge Roemer's Report and Recommendation ("R&R"):

Defendants hereby certify that the Objections do not raise new legal or factual arguments.

| | |
|---|---|
| Dated:  July 31, 2020<br>New York, New York | DENTONS US LLP<br><br>BY:   /S/ *SEAN CENAWOOD*<br>       Sean Cenawood, NY2463750<br>       1221 Avenue of the Americas<br>       New York, NY 10020-1089<br>       Telephone: (212) 768-6700<br>       sean.cenawood@dentons.com<br><br>       Stephen L. Hill, Jr., MO36033<br>       Sara M. Holzschuh, KS24864<br>       4520 Main Street, Suite 1100<br>       Kansas City, Missouri 64111<br>       Telephone: (816) 460-2400<br>       stephen.hill@dentons.com<br>       sara.holzschuh@dentons.com<br>       Pro Hac Vice Appearance<br><br>       ATTORNEYS FOR DEFENDANTS |

US_Active\115236233\V-1

1